# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ILHAN YALCIN,

    Plaintiff,

    v.

CITIMORTGAGE *et al.*,

    Defendants.

Case No.: C-12-00623 YGR

**ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

On February 14, 2012, Defendants filed a Motion to Dismiss Plaintiff's Complaint. Dkt. No. 4. The hearing on this motion is set for April 11, 2012. Plaintiff's opposition was due on February 28, 2012. Civ. L.R. 7-3(a).

To date, Plaintiff has failed to respond to the Motion to Dismiss. <u>Plaintiff shall file an opposition to the Motion to Dismiss by April 13, 2012. Failure to file the opposition by that date will result in dismissal of the action against these Defendants for failure to prosecute.</u> If Plaintiff submits an opposition by this date, Defendants shall reply by April 20, 2012.

The hearing date of April 11, 2012 is hereby **VACATED**. The Court re-sets the hearing for May 1, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 30 , 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**