# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILHAN YALCIN,<br><br>  Plaintiff,<br><br>v.<br><br>CITIMORTGAGE *et al.*,<br><br>  Defendants. | Case No.: C-12-00623 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On February 14, 2012, Defendants filed a Motion to Dismiss Plaintiff's Complaint. Dkt. No. 4. Plaintiff's opposition was due on February 28, 2012. Civ. L.R. 7-3(a). After Plaintiff failed to file an opposition, on March 30, 2012, the Court ordered Plaintiff to file an opposition to the Motion to Dismiss by no later than April 13, 2012, or face dismissal of the action for failure to prosecute. Dkt. No. 17. Plaintiff again failed to respond.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The May 1, 2012 hearing is hereby **VACATED**.

This Order Terminates Docket Number 4.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**